UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v.           ) | Crim **No. 1:15-10338-FDS** |
| ) | |
| MODESTO RAMIREZ           ) | |

## **MOTION FOR SEQUESTRATION OF WITNESSES**

Now comes the Defendant in the above-numbered Indictments and moves this Court to order that all witnesses be sequestered from the courtroom during the trial of this case and further that all witnesses be instructed that they may not discuss the subject matter of their testimony or the questions asked by either counsel with any other prospective witness until the conclusion of the trial proceeds.

The defendant moves that this Court order that each witness:

1. Shall not discuss this case, including but not limited to his or her prospective testimony with any other witness;

2. Shall be excluded from the courtroom when other witnesses are testifying; and

3. Shall not, after testifying, tell any prospective witness what he or she was asked or answered.

Counsel for the government and defendant shall inform their prospective witnesses of this Order.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by

attorney-client privilege or some other applicable privilege, such communication may be explored on direct and/or cross-examination of the witness.

                                        Respectfully Submitted,
                                        Modesto Ramirez
                                        By his counsel,

Date: 05-11-18                            /s/ Vivianne Jeruchim_____
                                        Vivianne Jeruchim, Esq.
                                        BBO #547598
                                        Jeruchim & Davenport, LLP
                                        50 Congress St., Suite 615
                                        Boston, MA  02109
                                        617/720-6047

CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 11, 2018.

Date: 05/11/18                            /s/ Vivianne Jeruchim_____
                                        Vivianne Jeruchim, Esq.